**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646)-837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH KASSAI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SH GROUP OPERATIONS, LLC, <br><br> Defendant. | Case No. 2:25-cv-02932-DSF-KS <br><br> **NOTICE OF SETTLEMENT** <br><br> Judge: Hon. Dale S. Fischer <br><br> Complaint Filed: Apr. 3, 2025 <br> FAC Filed:  July 14, 2025 |

Plaintiff Sarah Kassai ("Plaintiff") and Defendant SH Group Operations, LLC ("Defendant") (collectively, the "Parties") hereby provide notice of settlement of this action to the Court as follows:

On April 3, 2025, Plaintiff filed her Complaint against Defendant in this Court (ECF No. 1);

On July 14, 2025, Plaintiff filed her First Amended Complaint against Defendant in this Court (ECF No. 22);

The Parties have reached an agreement in principle to resolve Plaintiff's individual claims against Defendant. The Parties are working to memorialize the settlement in a confidential written settlement agreement. Once the settlement agreement has been fully executed and the terms of the agreement fulfilled, an executed stipulation for dismissal of this case will be filed.

IT IS SO STIPULATED.

Dated:  August 7, 2025                     Respectfully submitted,

**BURSOR & FISHER, P.A**.

By: */s/ Philip L. Fraietta*
     Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorneys for Plaintiff*

**CLARK HILL LLP**

By: /s/ *Myriah V. Jaworski*
     Myriah V. Jaworski

Myriah V. Jaworski (State Bar No. 336898)
Ali Bloom (State Bar No. 347446)
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460
E-mail: mjaworski@clarkhill.com
       abloom@clarkhill.com

*Attorneys for Defendant*
*SH Group Operations, LLC*

## ATTESTATION OF CONCURRENCE IN FILING

I, Philip L. Fraietta, am the ECF user whose ID and password are being used to file the foregoing Notice of Settlement. Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 7, 2025                    By:  */s/ Philip L. Fraietta*
                                                     Philip L. Fraietta